# United States District Court
## Southern District of Georgia

FILED U.S. DISTRICT COURT BRUNSWICK DIV.
MAR 31 PM 12: 25
CLERK C. Robinson
SO. DIST. OF GA.

MARVIN B. SMITH, III AND SHARON H. SMITH,

    Appellants,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV219-74

M. DELORES MURPHY, COHATE AND COMPANY, P. C., ZACHARY HARRIS, AND SAMUEL COHATE,

    Appellees.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court entered this 30th day of March 2020, affirming the Bankruptcy Court's decision, judgment is hereby entered. This case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISITRICT OF GEORGIA

Date: March 31, 2020

Scott L. Poff
Clerk

Candy Asbell
(By) Deputy Clerk