# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
## Brunswick Division

| | | |
|---|---|---|
| MARVIN B. SMITH, III and SHARON H. SMITH, | ) ) ) | |
| Appellants, | ) ) | 2:19cv074 |
| v. | ) ) ) | |
| M. DELORES MURPHY, CHOATE AND COMPANY, P.C., ZACHARY HARRIS, and SAMUEL CHOATE, | ) ) ) ) | |
| Appellees. | ) | |

## ORDER

The Judgment of this Court in the above-styled action having been affirmed by the U.S. Court of Appeals for the Eleventh Circuit;

IT IS HEREBY ORDERED that the mandate of the U.S. Court of Appeals for the Eleventh Circuit is made the Order of this Court.

SO ORDERED this 12 day of January, 2022.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA